## SUPREME COURT.

### WILLIAM B. REYNOLDS agt. JOHN L. MASON.

*Corporations — trustees' liability — Action to enforce, does not survive.*

An action brought by a creditor of a corporation organized under the act for the formation of manufacturing and other corporations (3 *Edm.* [*R. S.*], 733) against a trustee, to enforce the liability created by section 12 of such act, for failure to file an annual report, is a personal action to enforce a penalty, and does not survive.

*Special Term, December,* 1877.

THIS action is brought to recover $17,003.10, the amount of several notes, drafts and checks made by the Mason Manufacturing Company and held by said Reynolds, alleging that Mason was a trustee of said company, and that the annual reports of said company had not been filed.

The plaintiff died, and his widow and administratrix, Sarah M. Reynolds, petitioned the court for leave to continue in her name as such administratrix.

*Mr. Spink,* in support of the petition and the right to continue the action, cited the statute creating the liability of trustees, and *Potter* agt. *Wranker* (36 *N. Y.*, 619).

*Mr. Fuller,* in opposition, cited *Merchants' Bank* agt. *Bliss* (35 *N. Y.*, 413); *Easterly* agt. *Barber* (65 *id.*, 255); *Wyles* agt. *Suydam* (64 *id.*, 173); *Andrews* agt. *Murray* (33 *Barb.*, 356); *Bank of California* agt. *Collins* (5 *Hun*, 210); *Wade* agt. *Kalbfleisch* (16 *Abb.* [*N. S.*]).

LAWRENCE, *J.— Held,* that the cause of action did not survive, and that the motion must be denied with costs, citing 5 *Hun,* 210, and 33 *Barbour,* 356.